ELIZABETH F. CHUBA, Respondent, v. ANDREW B. CHUBA, Appellant.— GABRIELLI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

(June 20, 1967)

KATHRYN R. SCHOONMAKER, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 41795.) — AULISI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.